IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01669-LTB-MEH

SHELLY RUPP,

    Plaintiff,

v.

ARROW ELECTRONICS, INC., a New York corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 30, 2011.**

    The Stipulated Motion for Entry of Protective Order [filed December 28, 2011; docket #14] is **granted**. The proposed Protective Order is accepted and issued contemporaneously with this minute order.