**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-01669-LTB-MEH

SHELLY RUPP,

        Plaintiff,

v.

ARROW ELECTRONICS, INC., a New York corporation,

        Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 25 - filed March 8, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

      s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED:  March 9, 2012